COMMONWEALTH of Pennsylvania, Respondent

v.

John Christian TANIS, III, Petitioner

No. 438 MAL 2016

Supreme Court of Pennsylvania.

December 29, 2016

### ORDER

PER CURIAM

**AND NOW**, this 29th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

IN the INTEREST OF: Z.P., A Minor

Petition of: L.P. and J.P., Natural Parents

No. 432 WAL 2016

Supreme Court of Pennsylvania.

December 30, 2016

### ORDER

PER CURIAM

**AND NOW**, this 30th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Jonathan Michael STONE, Petitioner

No. 596 MAL 2016

Supreme Court of Pennsylvania.

December 30, 2016

### ORDER

PER CURIAM

**AND NOW**, this 30th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.